# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RAYMOND SHAW, JR.  
4975 CHRISTY CIRCLE  
ROCKFORD, IL  61114

SSN-xxx-xx-8788

Case Number: 06-72072

Case filed on: 11/7/2006  
Plan Confirmed on: 1/22/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,856.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,381.41 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,381.41 | 0.00 |
| 003 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 1,609.55 | 1,609.55 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 5,926.62 | 5,926.62 | 0.00 | 0.00 |
|  | Total Priority | 7,536.17 | 7,536.17 | 0.00 | 0.00 |
| 999 | RAYMOND SHAW, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIRST NATIONAL BANK OF DECATUR | 7,000.00 | 7,000.00 | 776.66 | 512.60 |
|  | Total Secured | 7,000.00 | 7,000.00 | 776.66 | 512.60 |
| 001 | FIRST NATIONAL BANK OF DECATUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 482.29 | 482.29 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 26,931.67 | 26,931.67 | 0.00 | 0.00 |
| 006 | ACCOUNT RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | B-LINE LLC | 760.04 | 760.04 | 0.00 | 0.00 |
| 009 | BIOSCRIP PHARMACY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BRASS HORN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | C.C.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CONTROL CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CUSTER CHIROPRACTIC CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FIRST NATIONAL BANK OF DECATUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | LVNV FUNDING LLC | 401.94 | 401.94 | 0.00 | 0.00 |
| 023 | FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | LVNV FUNDING LLC | 1,949.06 | 1,949.06 | 0.00 | 0.00 |
| 025 | GULF STATE CREDIT, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 520.05 | 520.05 | 0.00 | 0.00 |
| 027 | HOUSEHOLD BANK / QVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | INSIGHT COMMUMICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MIDLAND FINANCE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NATIONAL CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NEW MILLENNIUM BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | OSF ST. ANTHONY MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | OSI COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROUNDUP FUNDING LLC | 1,245.00 | 1,245.00 | 0.00 | 0.00 |
| 036 | LVNV FUNDING LLC | 1,487.14 | 1,487.14 | 0.00 | 0.00 |
| 037 | LVNV FUNDING LLC | 2,805.93 | 2,805.93 | 0.00 | 0.00 |
| 038 | Q-CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | QUEST DIAGNOSTICS INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | RMA | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROCKFORD GASTROENTEROLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ROCKFORD MERCANTILE AGENCY INC | 7,275.65 | 7,275.65 | 0.00 | 0.00 |
| 044 | ROCKFORD PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | SWEDISH AMERICAN MEDICAL GROUP | 266.00 | 266.00 | 0.00 | 0.00 |
| 047 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

| | | | | | |
|---|---|---:|---:|---:|---:|
| 048 | ROCKFORD CARDIOLOGY ASSOCIATES | 2,760.00 | 2,760.00 | 0.00 | 0.00 |
| 049 | AFNI/VERIZON | 937.90 | 937.90 | 0.00 | 0.00 |
| 050 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | MUTUAL MANAGEMENT SERVICES | 172.90 | 172.90 | 0.00 | 0.00 |
| 052 | MUTUAL MANAGEMENT SERVICES | 517.10 | 517.10 | 0.00 | 0.00 |
| | Total Unsecured | 48,512.67 | 48,512.67 | 0.00 | 0.00 |
| | Grand Total: | 66,048.84 | 66,048.84 | 2,158.07 | 512.60 |

Total Paid Claimant:     $2,670.67
Trustee Allowance:        $185.33
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>08/28/2008</u>          By  /s/Heather M. Fagan